JOHN W. MILLER et al., Appellants, *v.* WILLIAM H. HALLOCK et al., Respondents.

(Argued December 1, 1881; decided January 17, 1882.)

*D. S. Riddle* for appellants.

*Frederick H. Man* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.